**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIGUEL ANGEL HERNANDEZ-LUNA, | Case No. 2:25-cv-01818-GMN-EJY |
| Petitioner, | **SERVICE ORDER** |
| v. | |
| KRISTI NOEM, et al., | |
| Respondents. | |

Petitioner Miguel Angel Hernandez-Luna, an immigration detainee, has filed a counseled Petition for Federal Habeas Corpus Relief under 28 U.S.C. § 2241, seeking an Order requiring that Respondents release him and hold a new hearing to reconsider his eligibility for bond. (ECF No. 1.) The Court has jurisdiction over this matter[1] and, following a preliminary review of the Petition under the Rules Governing Section 2254 Cases,[2] directs that the Petition be served on Respondents.

It is therefore kindly Ordered that the Clerk of Court:

1. **DELIVER** a copy of the Petition (ECF No. 1), the exhibit (ECF No. 1-1), and this Order to the U.S. Marshal for service.

2. **SEND**, through CM/ECF, a copy of the Petition (ECF No. 1), the exhibit (ECF No. 1-1), and this Order on the United States Attorney for the District of Nevada

---

[1] Federal district courts have habeas jurisdiction under 28 U.S.C. § 2241 to review "bond hearing determinations for constitutional claims and legal error." *Singh v. Holder*, 638 F.3d 1196, 1200 (9th Cir. 2011) (citing *Demore v. Kim*, 538 U.S. 510, 516–17 (2003)).

[2] The Court exercises its discretion to apply the rules governing 28 U.S.C. § 2254 petitions to this 28 U.S.C. § 2241 action. (Habeas Rule 1(b).)

in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding United States Attorney for the District of Nevada to the docket as an Interested Party and sending the Petition (ECF No. 1), the exhibit (ECF No. 1-1), and this Order to Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, caseview.ecf@usdoj.gov.

3. **MAIL** a copy of the Petition (ECF No. 1), the exhibit (ECF No. 1-1), and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

   1) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528

   2) Pamela J. Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

   3) Todd Lyons, Acting Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536

   4) Jason Knight, Acting Field Office Director, Salt Lake City Field Office Director, U.S. Immigration & Customs Enforcement, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096

   5) John Mattos, Warden, Nevada Southern Detention Facility, 2190 E. Mesquite Ave. Pahrump, NV 89060

It is further Ordered that the U.S. Marshal **SERVE** a copy of the Petition (ECF No. 1), the exhibit (ECF No. 1-1), and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is further Ordered that counsel for the Respondents file a notice of appearance within 7 days of the date of this Order and file and serve their response to the Petition within 14 days of the date of this Order, unless additional time is allowed for good cause shown.

It is further Ordered that Hernandez-Luna has 14 days following the filing of the response to file a reply, if desired.

It is further Ordered that Local Rule LR 7-2(b) governs the scheduling for responses and replies to motions filed by either party.

Dated: September 29, 2025

_____
Gloria M. Navarro, Judge
United States District Court

3